IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALICIA BROWN,
A.B.                                              *

    Plaintiffs                                 *

       v.                                    *        Civil Action No. DKC-19-1983

BALTIMORE COUNTY, MARYLAND,        *
KRISTY CACERES, Individually and
  in her capacity as Court Appointed          *
  Evaluator,
MARY STENGAL, Individually and in her  *
  Official capacity as Head of Family
  Division in Baltimore County, and           *
DURRELL WILLIAMS,
                               *

    Defendants

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of

September, 2019, by the United States District Court for the District of Maryland, hereby

ORDERED that:

1.    The complaint IS DISMISSED without prejudice; and

2.    The Clerk IS DIRECTED to mail a copy of this Order to Plaintiff and close this

    case.

                                      _____/s/_____
                                      DEBORAH K. CHASANOW
                                      United States District Judge